PORTLAND FEEDER CO. v. OREGON SHORT LINE R. CO.

(Circuit Court of Appeals, Ninth Circuit.   May 6, 1918.)

No. 3104.

In Error to the District Court of the United States for the District of Oregon; Chas. E. Wolverton, Judge.

Action by the Oregon Short Line Railroad Company against the Portland Feeder Company, a corporation.   There was a judgment for plaintiff (245 Fed. 214), and defendant brings error.   Affirmed.

Carey & Kerr and Charles A. Hart, all of Portland, Or., for plaintiff in error.

George H. Smith, of Salt Lake City, and A. C. Spencer and W. A. Robbins, both of Portland, Or., for defendant in error.

Before GILBERT, MORROW, and HUNT, Circuit Judges.

HUNT, Circuit Judge.   This is a companion case to Portland Cattle Loan Company v. Oregon Short Line Railroad Company, 251 Fed. 33, —— C. C. A. ——, heretofore decided, and upon the authority of the decision in that case the judgment of the District Court herein is affirmed.

Affirmed.